# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRONE WILLIAMS
ADC # 1018993                                                           PLAINTIFF

V.                      5:07CV00012 SWW

SCOTT *et al.*                                                    DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and the Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint against Defendants is DISMISSED with prejudice;[1] and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 31st day of January 2008.

                                                     /s/Susan Webber Wright

                                                     UNITED STATES DISTRICT JUDGE

---

[1] Defendants' motion for extension of time [docket entry 104] is moot.